Douglas C. Smith, Esq. (State Bar No.160013)
dsmith@smitlaw.com
SMITH LAW OFFICES, LLP
4001 Eleventh Street
Riverside, California 92501
Telephone: (951) 509-1355
Facsimile: (951) 509-1356

Attorneys for Defendant
MICHAEL DEAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLAR DIAZ,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, a public entity; MICHAEL DEAN, and DOES 1 through 10, Jointly and Severally,<br><br>  Defendants. | CASE NO.: 5:21-cv-00856-SB (SHKx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:      6/7/21<br>Current Response Date: 6/28/21<br>New Response Date:     7/2/21<br><br>*Complaint filed 3/24/21* |

COMES NOW Plaintiff, SKYLAR DIAZ, by and through her attorney of record Alexis Galindo, Esq., and Defendant, MICHAEL DEAN, by and through his attorney of record, Douglas C. Smith, Esq., and hereby stipulate pursuant to Local Rule 8-3 as follows:

///

///

///

///

///

///

1     To continue the current answer due date of June 28, 2021 to July 2, 2021.

2 SO STIPULATED.

3 DATED: June 30, 2021      SMITH LAW OFFICES, LLP

By  */s / Douglas C. Smith*
    Douglas C. Smith
    Attorney for Defendant
    MICHAEL DEAN

8 DATED: June 30, 2021      CURD GALINDO & SMITH LLP

By  */s / Alexis Galindo*
    Alexis Galindo
    Attorneys for Defendant
    SKYLAR DIAZ

13     I herein certify in accordance with Local Rule 5.4.3.4. that all parties have concurred in the contents of the document and have authorized me to so file it.

15 DATED: June 30, 2021      SMITH LAW OFFICES, LLP

By  */s / Douglas C. Smith*
    Douglas C. Smith
    Attorney for Defendant
    MICHAEL DEAN